MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
DALIA KHALILI (SBN 253840)
dkhalili@maternlawgroup.com
KIRAN PRASAD (SBN 255348)
kprasad@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
MATERN LAW GROUP, PC
2101 E. El Segundo Boulevard, Suite 403
El Segundo, California 90245
Telephone: (310) 531-1900
Facsimile:  (310) 531-1901

Attorneys for Plaintiffs
FEDERICO CABRALES, TYCHICUS
STANISLAS, and the Certified Class

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO CABRALES, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BAE SYSTEMS SAN DIEGO SHIP REPAIR, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:21-CV-02122-AJB-DDL<br><br>CLASS ACTION<br><br>**JOINT MOTION TO EXTEND DEADLINES IN ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND TO CONTINUE FINAL APPROVAL HEARING**<br><br>Complaint Filed:   October 26, 2021<br>FAC Filed:            January 20, 2022<br>SAC Filed:            August 12, 2022<br>Trial Date:            None Set |

Plaintiffs Federico Cabrales and Tychicus Stanislas ("Plaintiffs") and Defendant BAE Systems San Diego Ship Repair Inc. ("Defendant" or "BAE SDSR"), acting through their respective counsel of record, hereby jointly move the Court as follows:

On December 5, 2024, this Court entered an Order Granting Plaintiffs' Motion for Provisional Certification and Preliminary Approval of Class Action and PAGA Settlement (Doc. No. 181), vacating the hearing set for January 16, 2025 after finding that the matter was suitable for decision on the papers and without oral argument, pursuant to Local Civil Rule 7.1.d.1.

The Court's December 5, 2024 Order sets forth the following deadlines for settlement administration and further proceedings:

| Event | Date |
|---|---|
| Deadline for BAE SDSR to provide or cause to be provided the Class List to the Settlement Administrator ("Phoenix") | December 25, 2024 |
| Deadline for Phoenix to mail Class Notice Packet to Settlement Class Members | January 15, 2025 |
| Deadline for Settlement Class Members to file with the Court and to submit to Phoenix written Notices of Objection | February 14, 2025 |
| Deadline for Settlement Class Members to submit to Phoenix Requests for Exclusion | February 14, 2025 |
| Deadline for Class Counsel to file motion for final approval of class action settlement and motion for attorneys' fees and costs | February 28, 2025 |
| Final Approval Hearing | May 1, 2025 at 2:00 p.m. |

Doc. No. 181 at 34-35.

The Stipulation of Class Action Settlement and Release requires Plaintiffs to request the Class List information from NSC Technologies, LLC ("NSC") and Acro Service Corp.

1  ("Acro") (Doc. No. 179-8 at ¶ 48), staffing agencies that supplied Class Members who worked at BAE SDSR's shipyard during the Class Period, because BAE SDSR's counsel has represented that BAE SDSR does not have the last known contact information and Social Security numbers for these individuals. Declaration of Matthew W. Gordon ("Gordon Decl.") ¶ 5.

BAE SDSR's counsel has provided Plaintiff's counsel with a list of 749 individuals BAE SDSR has identified, through its timekeeping system, as Class Members who were supplied by NSC. Gordon Decl. ¶ 6.

NSC's counsel has informed the parties that NSC will be unable to provide the Settlement Administrator with the Class List information for the 749 individuals identified by BAE SDSR as Class Members by the December 25, 2024 deadline set by the Court's December 5, 2024 Order. Gordon Decl. ¶ 7.

NSC's counsel further informed the parties that some of the 749 individuals identified by BAE SDSR as workers supplied by NSC may have been employed by different staffing agencies who used a portal managed by NSC to place workers at BAE SDSR's shipyard. Gordon Decl. ¶ 8. NSC is working to compile a list of these non-NSC employees and their respective staffing agencies. *Id*. In addition, NSC's counsel stated that, due to the upcoming holidays, NSC needs additional time to gather the requested information for NSC employees and to transmit it to the Settlement Administrator. *Id*.

Accordingly, the parties respectfully request that the Court extend all of the above deadlines in the Court's December 5, 2024 Order and continue the Final Approval Hearing by approximately two months to (i) allow NSC sufficient time to gather the Class List information for its employees and to identify any non-NSC employees on the list provided by BAE SDSR; and (ii) to provide the parties additional time to contact any other staffing agencies who, according to NSC's records, used NSC's portal to supply Class Members to work at BAE SDSR's shipyard and to obtain the Class List information for those individuals. Gordon Decl. ¶ 9.

For the foregoing reasons, the parties respectfully request that the Court modify the

settlement administration deadlines in its December 5, 2024 Order and continue the Final Approval hearing as follows:

| Event | Date |
|---|---|
| Deadline for BAE SDSR to provide or cause to be provided the Class List to the Settlement Administrator ("Phoenix") | February 25, 2025 |
| Deadline for Phoenix to mail Class Notice Packet to Settlement Class Members | March 18, 2025 |
| Deadline for Settlement Class Members to file with the Court and to submit to Phoenix written Notices of Objection | April 17, 2025 |
| Deadline for Settlement Class Members to submit to Phoenix Requests for Exclusion | April 17, 2025 |
| Deadline for Class Counsel to file motion for final approval of class action settlement and motion for attorneys' fees and costs | May 1, 2025 |
| Final Approval Hearing | July 1, 2025 at 2:00 p.m. |

DATED: December 18, 2024

Respectfully submitted,

MATERN LAW GROUP, PC

By: */s/ Matthew W. Gordon*
MATTHEW J. MATERN
DALIA KHALILI
KIRAN PRASAD
MATTHEW W. GORDON
Attorneys for Plaintiffs and the Class

DLA PIPER (US)

By: */s/ Taylor Wemmer*
MARY C. DOLLARHIDE
TAYLOR WEMMER
Attorneys for Defendant
BAE SYSTEMS SAN DIEGO SHIP REPAIR INC.