UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO CABRALES, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAE SYSTEMS SAN DIEGO SHIP REPAIR, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: 21-cv-02122-AJB-DDL<br><br>**ORDER IN PREPARATION OF FAIRNESS HEARING** |

On July 24, 2025, the Court will hold a hearing on Plaintiffs Federico Cabrales and Tychicus Stanislas' ("Plaintiffs") motion for final approval of settlement (Doc. No. 185) and motion for award of attorneys' fees, expenses, and service award (Doc. No. 186). (*See* Doc. No. 189.)

For efficiency, the Court has identified the following topics that Plaintiffs' Counsel must be prepared to address at the hearing:

*Regarding Final Approval*

    1.    The total number of objections and requests for exclusion to date.

///

1

*Regarding Attorneys' Fees, Expenses, and Service Award*

1. The extent to which Mikael Stahle, who appears on Plaintiffs' Counsel time entries (*see* Doc. No. 186-9), served as an attorney on this case;

2. Counsel's relationship with Berger Consulting Group, LLC and use of Berger Consulting Group, LLC expert services in this action (*see* Doc. No. 186-11 at 5);

3. Counsel's use of Nationwide Legal Research in litigating this case (and the extent to which entries stating, "Nationwide Legal Research – Obtain copies of criminal case" (Doc. No. 186-12 at 2), relate to this action, if at all.

**IT IS SO ORDERED.**

Dated: July 17, 2025

Hon. Anthony J. Battaglia
United States District Judge