

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Federico Cabrales

Plaintiff,

V.

Bae Systems San Diego Ship Repair, Inc.; Tychicus Stanislas; Tony Fuga; Steven Whidbee; Does 1 through 50

Defendant.

Civil Action No.   21-cv-2122-AJB-DDL

**CLERK'S JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court Grants Plaintiffs' motion for final approval and Grants Plaintiff's Motion for Attorneys' fees, costs, and Plaintiffs' service payment. The Court Approves the Settlement, and Directs the parties to effectuate the Settlement Agreement according to its terms, including inter alia.  The case is hereby closed.

Date:   7/25/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Quinata

M. Quinata, Deputy